IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**F I L E D**
May 13, 2008
Charles R. Fulbruge III
Clerk

No. 08-40178

DAVID A SIBLEY

       Plaintiff - Appellee

v.

CHARLES EDWARD LINCOLN, III

       Defendant - Appellant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHARLES EDWARD LINCOLN, III

       Defendant - Appellant

United States District Court
Southern District of Texas
FILED
MAY 19 2008
Michael N. Milby, Clerk of Court

---

Appeals from the United States District Court for the
Southern District of Texas, Corpus Christi

---

CLERK'S OFFICE:

       Under 5TH CIR. R. 42.3, the appeals are dismissed as of May 13, 2008, for want of prosecution. The appellant failed to timely pay the docketing fees.

       CHARLES R. FULBRUGE III
       Clerk of the United States Court
       of Appeals for the Fifth Circuit

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
       Deputy
New Orleans, Louisiana

By: _____
       James deMontluzin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2